## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL D. DUGAN,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **4:07CV3169** |
| vs. ) | |
| ) | **ORDER** |
| **CHRISTOPHER SINGPIEL, Sheriff** ) | |
| **of Garden County, Nebraska,** ) | |
| ) | |
| **Respondent.** ) | |

Michael D. Dugan has filed a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §§ 2241, 2254 and 1657, together with an application for leave to proceed in forma pauperis [2]. The petitioner is represented by counsel. Upon review of the petition and the petitioner's trust account information, I conclude that the claims are not frivolous and the petitioner qualifies financially to proceed in forma pauperis. Accordingly,

**IT IS ORDERED:**

1. Petitioner's application for leave to proceed in forma pauperis [2] is granted, and the Petition shall be filed without payment of fees.

2. If requested to do so by petitioner's attorney, the U.S. Marshal shall serve process in this case without prepayment of fees from the Petitioner or security therefor. In making such a request, counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Petition.

3. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including the petitioner, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

**DATED July 9, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**