IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL D. DUGAN, | ) | CASE NO. 8:07CV3169 |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER FOR |
| | ) | STATUS REPORT |
| CHRISTOPHER SINGPIEL, sheriff of Garden County, Nebraska, | ) | |
| Respondent. | ) | |

This matter is before the Court *sua sponte*. The petitioner Michael Dugan states that he was scheduled to begin separate jury trials on October 3, 2007, in Cheyenne County, District Court in Sidney, Nebraska, and on October 24, 2007, in the Garden County, District Court in Oshkosh, Nebraska. **See** Filing No. 10. Upon consideration,

IT IS ORDERED:

On or before November 13, 2007, the petitioner is directed to file a status report stating the current state and disposition of these trials.

DATED this 5th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge